# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| **James Z. Lux** § | |
| § | |
| *Plaintiff* § | |
| § | |
| vs. § | CIVIL NO.: 4:22-cv-1020 |
| § | |
| **Unum Life Insurance** § | |
| **Company of America** § | |
| § | |
| *Defendant* § | |

## ORIGINAL COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES James Z. Lux, Plaintiff herein, complaining of Unum Life Insurance Company of America, Defendant, and for cause of action would show:

1. Plaintiff was a resident of Tomball Texas, which is in the Southern District of Texas, at the time the conduct described in this Complaint occurred.

2. Defendant, Unum Life Insurance Company of America, ("Unum") is an insurance company duly and legally formed under the laws of Maine, which does business in the State of Texas, and may be served with citation herein by serving its registered agent, Corporation Service Company, 211 East 7th Street, Suite 620, Austin, Texas 78701-3218.

3. This court has original jurisdiction of this case under 28 U.S.C. § 1131, as well as 29 U.S.C. § 1132(e)(1).

4. Venue is proper in the Southern District of Texas under 29 U.S.C. § 1132(e)(2).

5. Plaintiff brings suit under the civil enforcement provisions of the Employee Retirement Income Security Act of 1974 ("ERISA"), specifically including 29 U.S.C. § 1132 (a)(1)(B). Plaintiff is a participant in or beneficiary of an employee welfare benefit plan, which provides benefits to Plaintiff under an insurance policy issued by Unum. Plaintiff seeks to recover benefits due under the plan, to enforce his rights under the terms of the plan, to clarify his rights to future benefits under the terms of the plan, and to obtain appropriate equitable relief.

6. Plaintiff was employed by Asbury Automotive Management L.L.C. when he became Disabled in February, 2019. Plaintiff was determined to be disabled by the Social Security Administration under its criteria as of February 12, 2019. When Plaintiff became Disabled, he was insured for Long Term Disability (LTD) benefits under an insurance policy identified as policy number 952987 issued by Unum to Asbury Automotive Management L.L.C. and insuring Plaintiff. Plaintiff submitted an LTD claim to Unum, identified as claim number 16406925 which Unum approved and paid until November 29, 2020, when Plaintiff attempted to return to work.

7. After Plaintiff returned to work in November 2020, his condition worsened and he stopped working again on May 21, 2021. Since Plaintiff's attempted return to work

lasted less than six months, Plaintiff asked Unum to resume his LTD benefits under the policy's recurrent disability provisions. Unum then denied Plaintiff's claim.

8. Plaintiff then properly appealed to the designated fiduciary of the plan but that appeal was denied on March 24, 2022.

9. Plaintiff has exhausted the administrative remedies available to him under the terms of the plan. All conditions precedent to this cause of action have been met or have occurred.

10. The policy at issue in this case does not delegate discretionary authority to Unum. Unum's benefit determinations are therefore subject to *de novo* review by this Court.

WHEREFORE, Plaintiff prays that Defendant be cited to appear herein and Answer and that on final hearing, he has judgment against Defendant for his damages, pre-judgment and post-judgment legal interest, costs of suit, reasonable attorney's fees and expenses incurred, and that Plaintiff have a clarification of his right to receive future benefits under the terms of the plan, to which he may show himself justly entitled under the attending facts and circumstances.

Respectfully submitted,

By: */s/ Lonnie Roach*
LONNIE ROACH
Texas State Bar No. 16967600
S. Dist. Bar No. 377174

**BEMIS, ROACH & REED**
4100 Duval Road, Bldg. I, Suite 200
Austin, Texas 78759
(512) 454-4000 Telephone
(512) 453-6335 Facsimile
lonnie@brrlaw.com

**ATTORNEYS FOR PLAINTIFF**