United States District Court
Southern District of Texas
**ENTERED**
July 01, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| James Z Lux, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CIVIL ACTION 4:22–cv–01020 |
| UNUM Life Insurance Company of America, | § § § | |
| *Defendant.* | § § | |

## **CONDITIONAL DISMISSAL ORDER**

The Court has been advised that a settlement has been reached between the parties. Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to reinstatement of Plaintiff's claims, unless any party represents in writing filed with the Court on or before **August 1, 2022** that the settlement could not be completely documented.

All pending motions are hereby **DENIED, as moot.**

Signed the 1st of July 2022.

_____
George C. Hanks, Jr.
United States District Judge